WILLIAMS MANUFACTURING COMPANY *v.* BOSTON INSURANCE COMPANY.
SAME *v.* COMMERCIAL UNION INSURANCE COMPANY, LTD.
SAME *v.* ROYAL INSURANCE COMPANY.
SAME *v.* ORIENT INSURANCE COMPANY.
SAME *v.* HARTFORD FIRE INSURANCE COMPANY.
SAME *v.* PENNSYLVANIA FIRE INSURANCE COMPANY.

October Term, 1920.

Present:    WATSON, C. J., POWERS, TAYLOR, and MILES, JJ., and WILSON, Supr. J.

Opinion filed May 3, 1921.

SIX ACTIONS OF CONTRACT on fire insurance policies to recover for loss sustained in a certain fire, and consolidated for trial. Trial by jury at the December Term, 1919, Caledonia County, *Fish*, J., presiding. Verdict and judgment in each action for the plaintiff. The defendants severally excepted.

*Dunnett, Shields & Conant* for the defendants.

*Porter, Witters & Longmoore* and *John W. Redmond* for the plaintiff.

MILES, J.    The same question is presented in each of these cases as was presented in the case of *Williams Manufacturing*

*Company* v. *Insurance Company of North America, ante* p. 132, and the judgment there rendered is determinative of each of these cases, and,

*Judgment is affirmed in each case.    Let it be so entered.*